# EXHIBIT
# A

| Court: | Circuit | County: | 50 - Wayne | Case Number: | CC-50-2019-C-163 |
|---|---|---|---|---|---|
| Judge: | James Young | Created Date: | 10/28/2019 | Status: | Open |
| Case Type: | Civil | Case Sub-Type: | Other | Security Level: | Public |
| Style: | Betty Meadows v. Columbia Gas Transmission, LLC | | | | |

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 10/28/2019 3:31:41 PM | E-Filed | | Complaint |
| 2 | 10/28/2019 3:31:41 PM | Judge Assigned | J-50002 | Darrell Pratt |
| 3 | 10/28/2019 3:31:41 PM | Party Added | P-001 | Betty Meadows |
| 4 | 10/28/2019 3:31:41 PM | Party Added | D-001 | Columbia Gas Transmission, LLC |
| 5 | 10/28/2019 3:31:41 PM | Party Added | D-002 | Transcanada Power Corp. |
| 6 | 10/28/2019 3:31:41 PM | Attorney Listed | P-001 | A-10325 - Jeremy Matthew McGraw |
| 7 | 10/28/2019 3:31:41 PM | Service Requested | D-001 | Secretary of State - Certified - Including Copy Fee |
| 8 | 10/28/2019 3:31:41 PM | Service Requested | D-002 | Secretary of State - Certified - Other Country - Including Copy Fee |
| 9 | 10/28/2019 3:45:46 PM | E-Filed | | Supporting Documents - CERTIFIED MAIL TRACKING TO WV SOS 70182290001701125704 |
| 10 | 10/29/2019 9:32:04 AM | Judge Assigned | J-50003 | James Young |
| 11 | 10/29/2019 9:32:06 AM | E-Filed | | Notice of Judge Reassignment |
| 12 | 11/4/2019 9:17:26 AM | E-Filed | | Supporting Documents - RETURN OF SERVICE FOR SECRETARY OF STATE- SERVED BY CERT MAIL (GREEN CARD RETURNED) SIGNED FOR BY RONALD KUSHMAN |
| 13 | 11/12/2019 2:34:23 PM | E-Filed | | Supporting Documents - ACCEPTANCE OF SERVICE FROM SEC OF STATE FOR COLUMBIA GAS TRANSMISSION, LLC |
| 14 | 11/18/2019 1:51:40 PM | E-Filed | | Supporting Documents - ACCEPTANCE OF SERVICE FROM SEC OF STATE FOR TRANSCANADA CORP |
| 15 | 11/18/2019 1:53:01 PM | E-Filed | | Supporting Documents - ACCEPTANCE OF SERVICE FROM SEC OF STATE FOR TRANSCANADA CORP |

# COVER SHEET

E-FILED | 10/28/2019 3:31 PM
CC-50-2019-C-163
Wayne County Circuit Clerk
Regina Hill

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF WAYNE COUNTY WEST VIRGINIA

**Betty Meadows v. Columbia Gas Transmission, LLC**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**Judge:** Darrell Pratt

## COMPLAINT INFORMATION

**Case Type:** Civil **Complaint Type:** Other

**Origin:** ☑ Initial Filing ☐ Appeal from Municipal Court ☐ Appeal from Magistrate Court

**Jury Trial Requested:** ☑ Yes ☐ No **Case will be ready for trial by:** 10/28/2020

**Mediation Requested:** ☐ Yes ☑ No

**Substantial Hardship Requested:** ☐ Yes ☑ No

☐ Do you or any of your clients or witnesses in this case require special accommodations due to a disability?

  ☐ Wheelchair accessible hearing room and other facilities

  ☐ Interpreter or other auxiliary aid for the hearing impaired

  ☐ Reader or other auxiliary aid for the visually impaired

  ☐ Spokesperson or other auxiliary aid for the speech impaired

  ☐ Other: _____

☐ I am proceeding without an attorney

☑ I have an attorney: Jeremy McGraw, 1358 National Rd, Wheeling, WV 26003

## SERVED PARTIES

| | |
|---|---|
| **Name:** | Columbia Gas Transmission, LLC |
| **Address:** | 209 W. Washington Street, Charleston WV 25302 |
| **Days to Answer:** 30 | **Type of Service:** Secretary of State - Certified - Including Copy Fee |

| | |
|---|---|
| **Name:** | Transcanada Power Corp. |
| **Address:** | 111-5GH Ave S.W. Calgary Alberta  T2P 3Y6 Canada |
| **Days to Answer:** 30 | **Type of Service:** Secretary of State - Certified - Other Country - Including Copy Fee |

E-FILED | 10/28/2019 3:31 PM
CC-50-2019-C-163
Wayne County Circuit Clerk
Regina Hill

IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA

**BETTY MEADOWS,**

      **Plaintiff,**

**vs.**                                   **CIVIL ACTION NO.** _____
                                               **JUDGE:**_____

**COLUMBIA GAS TRANSMISSION, LLC and
TRANSCANADA POWER CORP.**

      **Defendants.**

## PLAINTIFF'S COMPLAINT

    NOW COMES the Plaintiff, Betty Meadows, who for her complaint against Defendants, Columbia Gas Transmission, LLC and TransCanada Power Corp. states as follows:

    1.    Plaintiff, Betty Meadows, owns real estate and resides in a home located at 2801 Lakeview Heights, Wayne County, West Virginia.

    2.    Defendant, Columbia Gas Transmission, LLC, is a West Virginia limited liability company organized under West Virginia law and authorized to do business here in West Virginia.

    3.    Defendant, TransCanada Power Corp is a Canadian corporation licensed and authorized to do business in West Virginia.

    4.    Defendant, Columbia Gas Transmission, LLC, planned, designed, and constructed an interstate oil and gas pipeline system known as the Leach Xpress System.

    5.    Upon information and belief, Defendant TransCanada Power Corp. purchased and/or otherwise acquired Defendant Columbia Gas Transmission, LLC and its interest in its Leach Xpress pipeline system in 2016.

    6.    As part of the Leach Xpress pipeline system, the Defendants planned, designed and constructed modifications to an existing facility known as the Ceredo Compressor Station.



**BORDAS
AND
BORDAS**
ATTORNEYS, PLLC

1358 National Road
Wheeling, WV 26003
t 304-242-8410
f 304-242-3936

106 East Main Street
St. Clairsville, OH 43950
t 740-695-8141
f 740-695-6999

526 7th Street
Moundsville, WV 26041
t 304-845-5600
f 304-845-5604

One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1800
Pittsburgh, PA 15222
t 412-502-5000
f 412-709-6343

bordaslaw.com

7.     The Defendants' modifications included, among other things, additional compression-related facilities and pipelines to the Ceredo Compressor Station.

8.     In order to make modifications and additions to the Ceredo Compressor Station, the Defendants altered the physical land at the Ceredo Compressor site by, among other things, moving dirt and cutting down a substantial stand of trees and undergrowth which served as a barrier between the existing Ceredo Compressor Station and a residential community located nearby.

9.     Plaintiff resides in the Lakeview Heights residential community which is located near the Ceredo Compressor Station.

10.    The Defendants' activities in planning, designing, constructing and operating the Ceredo Compressor Station have proximately caused a private nuisance to the Plaintiff.

11.    The Defendants' design, planning, construction and operation of the Ceredo Compressor station has resulted in a substantial and unreasonable interference with the Plaintiff's private use and quiet enjoyment of her property.

12.    The Plaintiff has experienced disruptions to her daily life including, but not limited to, noise, light, dust, debris and odors which have emanated from the Defendants' Ceredo Compressor Station.

13.    The Defendants' conduct has been intentional, unreasonable, reckless and/or negligent.

14.    The Plaintiff has experienced annoyance, inconvenience, stress and anxiety, and the loss of enjoyment and use of her property as a direct and proximate result of the Defendants' design, planning, construction and operation activities related to the Ceredo Compressor Station.



BORDAS
AND
BORDAS
ATTORNEYS, PLLC

1358 National Road
Wheeling, WV 26003
t 304-242-8410
f 304-242-3936

106 East Main Street
St. Clairsville, OH 43950
t 740-695-8141
f 740-695-6999

526 7th Street
Moundsville, WV 26041
t 304-845-5600
f 304-845-5604

One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1800
Pittsburgh, PA 15222
t 412-502-5000
f 412-709-6343

bordaslaw.com

2

15.     The Plaintiff has experienced a decrease in the value of her home and real estate as a result of the Defendants' activities.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants Columbia Gas Transmission, LLC and TransCanada Power Corp. for general and special compensatory damages, in an amount within the jurisdiction of this Court to be determined by the jury, prejudgment and post-judgment interests, attorney fees and costs expended in this action, any other specific or general relief as may become apparent as this matter progresses and/or as this Court deems proper.

A TRIAL BY JURY IS DEMANDED ON ALL ISSUES

Betty Meadows,
Plaintiff,

By:    _____
JAMES G. BORDAS, III #8518
JEREMY M. MCGRAW #10325
BORDAS & BORDAS, PLLC
1358 National Road
Wheeling, WV  26003
(304) 242-8410
*Counsel for Plaintiff*

CLAYTON MADDOX #12352
GREENE, KETCHUM, FARRELL, BAILEY
 & TWEEL, LLP
419 11th Street
Huntington, WV 25701
(304) 525-9115
*Co-Counsel for Plaintiff*



**BORDAS AND BORDAS**
ATTORNEYS, PLLC

1358 National Road
Wheeling, WV 26003
t 304-242-8410
f 304-242-3936

106 East Main Street
St. Clairsville, OH 43950
t 740-695-8141
f 740-695-6999

526 7th Street
Moundsville, WV 26041
t 304-845-5600
f 304-845-5804

One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1800
Pittsburgh, PA 15222
t 412-502-5000
f 412-709-6343

bordaslaw.com

3

 West Virginia E-Filing Notice

CC-50-2019-C-163

Judge: Darrell Pratt

**To:** Jeremy McGraw
jmcgraw@bordaslaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA
Betty Meadows v. Columbia Gas Transmission, LLC
CC-50-2019-C-163

The following complaint was FILED on 10/28/2019 3:31:37 PM

Notice Date:     10/28/2019 3:31:37 PM

Regina Hill
CLERK OF THE CIRCUIT
Wayne
PO Box 38
WAYNE, WV 25570

(304) 272-6359
regina.hill@courtswv.gov

 West Virginia E-Filing Notice

CC-50-2019-C-163

Judge: Darrell Pratt

**To:** Columbia Gas Transmission, LLC
209 W. Washington Street
Charleston, WV 25302

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA
Betty Meadows v. Columbia Gas Transmission, LLC
CC-50-2019-C-163

The following complaint was FILED on 10/28/2019 3:31:37 PM

Notice Date:     10/28/2019 3:31:37 PM

Regina Hill
CLERK OF THE CIRCUIT
Wayne
PO Box 38
WAYNE, WV 25570

(304) 272-6359
regina.hill@courtswv.gov

 West Virginia E-Filing Notice

CC-50-2019-C-163

Judge: Darrell Pratt

**To:** Transcanada Power Corp.
111-5GH Ave S.W.
Calgary
Alberta  T2P 3Y6
Canada

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA
Betty Meadows v. Columbia Gas Transmission, LLC
CC-50-2019-C-163

The following complaint was FILED on 10/28/2019 3:31:37 PM

Notice Date:    10/28/2019 3:31:37 PM

Regina Hill

CLERK OF THE CIRCUIT

Wayne

PO Box 38

WAYNE, WV 25570

(304) 272-6359

regina.hill@courtswv.gov

E-FILED | 10/28/2019 3:31 PM
CC-50-2019-C-163
Wayne County Circuit Clerk
Regina Hill

# Request for Legal Process to be Served by the West Virginia Secretary of State

Please serve the named defendant  Columbia Gas Transmission, LLC
in the attached matter according to the provision of applicable law.

☐ §21A-5-17c     Service on non-resident employer & others liable for unemployment comensation payments

☐ §29-19-14     Service on professional fund raising counsel, nonresident charitable organizations or professional solicitors soliciting contributions from people in this State

☑ §31D-5-504 & §56-3-13     Service on authorized domestic corporation

☐ §31D-15-1510     Service on unauthorized foreign corporation

☐ §31B-1-111 & §31B-9-906     Service on authorized domestic or foreign limited liability company

☐ §33-4-12     Service on licensed insurer

☐ §33-4-13 & §33-2-22     Service on unlicensed or unauthorized foreign insurer

☐ §38-1A-7 & §38-1A-8     Service on non-resident trustee of a security trust

☐ §46A-2-137     Service on certain nonresidents under WV Consumer Credit and Protection Act

☐ §47-9-4     Service on authorized domestic or foreign limited partnership formed under §47-9, or limited liability partnership (LLP) formed under §47B-10 (see also §56-3-13a, §47B-9-6)

☐ §47-9-4     Service on unauthorized foreign limited partnership or LLP

☐ §56-3-31     Service on nonresident motor vehicle operator involved in an accident in this state, or on his/her insurer

☐ §56-3-31     Service on individual under the long-arm statute because the individual is:

     ☐ (1)    Transacting business in this state

     ☐ (2)    Contacting to supply services or things in this state

     ☐ (3)    Causing tortious injury in this state by act or omission (see §56-3-33(4) for description of causing tortious inury)

     ☐ (4)    Non-support of minor children (pusuant to Lozinski v. Lozinski)

     ☐ (5)    Causing injury in this state by breach of warranty

     ☐ (6)    Having interest in, using or possessing real property in this state

     ☐ (7)    Contracting to insure person, property or risk located in WV at the time of contracting

☐ §38-5A-5     Service of suggestee execution as provided for in §38-5A

# SUMMONS

E-FILED | 10/28/2019 3:31 PM
CC-50-2019-C-163
Wayne County Circuit Clerk
Regina Hill

## IN THE CIRCUIT OF WAYNE WEST VIRGINIA
### Betty Meadows v. Columbia Gas Transmission, LLC

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:   Columbia Gas Transmission, LLC, 209 W. Washington Street, Charleston, WV 25302

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Jeremy McGraw, 1358 National Rd, Wheeling, WV 26003

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

10/28/2019 3:31:37 PM                          /s/ Regina Hill
_____                        _____
        Date                                          Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____

☐ Not Found in Bailiwick

_____                        _____
        Date                                    Server's Signature

E-FILED | 10/28/2019 3:31 PM
CC-50-2019-C-163
Wayne County Circuit Clerk
Regina Hill

# Request for Legal Process to be Served by the West Virginia Secretary of State

Please serve the named defendant  Transcanada Power Corp.
in the attached matter according to the provision of applicable law.

☐ §21A-5-17c    Service on non-resident employer & others liable for unemployment comensation payments

☐ §29-19-14    Service on professional fund raising counsel, nonresident charitable organizations or professional solicitors soliciting contributions from people in this State

☐ §31D-5-504 & §56-3-13    Service on authorized domestic corporation

☑ §31D-15-1510    Service on unauthorized foreign corporation

☐ §31B-1-111 & §31B-9-906    Service on authorized domestic or foreign limited liability company

☐ §33-4-12    Service on licensed insurer

☐ §33-4-13 & §33-2-22    Service on unlicensed or unauthorized foreign insurer

☐ §38-1A-7 & §38-1A-8    Service on non-resident trustee of a security trust

☐ §46A-2-137    Service on certain nonresidents under WV Consumer Credit and Protection Act

☐ §47-9-4    Service on authorized domestic or foreign limited partnership formed under §47-9, or limited liability partnership (LLP) formed under §47B-10 (see also §56-3-13a, §47B-9-6)

☐ §47-9-4    Service on unauthorized foreign limited partnership or LLP

☐ §56-3-31    Service on nonresident motor vehicle operator involved in an accident in this state, or on his/her insurer

☐ §56-3-31    Service on individual under the long-arm statute because the individual is:

   ☐ (1)    Transacting business in this state

   ☐ (2)    Contacting to supply services or things in this state

   ☐ (3)    Causing tortious injury in this state by act or omission (see §56-3-33(4) for description of causing tortious inury)

   ☐ (4)    Non-support of minor children (pusuant to Lozinski v. Lozinski)

   ☐ (5)    Causing injury in this state by breach of warranty

   ☐ (6)    Having interest in, using or possessing real property in this state

   ☐ (7)    Contracting to insure person, property or risk located in WV at the time of contracting

☐ §38-5A-5    Service of suggestee execution as provided for in §38-5A

# SUMMONS

E-FILED | 10/28/2019 3:31 PM
CC-50-2019-C-163
Wayne County Circuit Clerk
Regina Hill

## IN THE CIRCUIT OF WAYNE WEST VIRGINIA
### Betty Meadows v. Columbia Gas Transmission, LLC

Service Type:  Secretary of State - Certified - Other Country - Including Copy
Fee

NOTICE TO:  Transcanada Power Corp., 111-5GH Ave S.W. Calgary Alberta  T2P 3Y6 Canada

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Jeremy McGraw, 1358 National Rd, Wheeling, WV 26003

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 10/28/2019 3:31:37 PM | /s/ Regina Hill |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

E-FILED | 10/28/2019 3:45 PM
CC-50-2019-C-163
Wayne County Circuit Clerk
Regina Hill

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$

Postmark
Here

19-C-163

7012 5704   7018 2290 0001

WV SECRETARY OF STATE
BUILDING 1, SUITE 157-K
1900 KANAWHA BLVD. E
CHARLESTON, WV  25305-0770

 West Virginia E-Filing Notice

CC-50-2019-C-163

Judge: Darrell Pratt

**To:**   Jeremy Matthew McGraw
jmcgraw@bordaslaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA
Betty Meadows v. Columbia Gas Transmission, LLC
CC-50-2019-C-163

The following supporting documents was FILED on 10/28/2019 3:45:40 PM

Notice Date:     10/28/2019 3:45:40 PM

Regina Hill
CLERK OF THE CIRCUIT
Wayne
PO Box 38
WAYNE, WV 25570

(304) 272-6359
regina.hill@courtswv.gov

 West Virginia E-Filing Notice

CC-50-2019-C-163

Judge: James Young

**To:** Jeremy Matthew McGraw
jmcgraw@bordaslaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA
Betty Meadows v. Columbia Gas Transmission, LLC
CC-50-2019-C-163

This notice of judge reassignment was FILED on 10/29/2019 9:32:04 AM

Notice Date:     10/29/2019 9:32:04 AM

Original Judge:  Darrell Pratt
New Judge:       James Young

Regina Hill
CLERK OF THE CIRCUIT
Wayne
PO Box 38
WAYNE, WV 25570

(304) 272-6359
regina.hill@courtswv.gov

 West Virginia E-Filing Notice

CC-50-2019-C-163

Judge: James Young

**To:** Columbia Gas Transmission, LLC
209 W. Washington Street
Charleston, WV 25302

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA
Betty Meadows v. Columbia Gas Transmission, LLC
CC-50-2019-C-163

This notice of judge reassignment was FILED on 10/29/2019 9:32:04 AM

Notice Date:    10/29/2019 9:32:04 AM

Original Judge:  Darrell Pratt
New Judge:      James Young

Regina Hill
CLERK OF THE CIRCUIT
Wayne
PO Box 38
WAYNE, WV 25570

(304) 272-6359
regina.hill@courtswv.gov



West Virginia E-Filing Notice

CC-50-2019-C-163

Judge: James Young

**To:** Transcanada Power Corp.
111-5GH Ave S.W.
Calgary
Alberta  T2P 3Y6
Canada

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA

Betty Meadows v. Columbia Gas Transmission, LLC

CC-50-2019-C-163

This notice of judge reassignment was FILED on 10/29/2019 9:32:04 AM

Notice Date:      10/29/2019 9:32:04 AM

Original Judge:  Darrell Pratt
New Judge:       James Young

Regina Hill
CLERK OF THE CIRCUIT
Wayne
PO Box 38
WAYNE, WV 25570

(304) 272-6359
regina.hill@courtswv.gov

E-FILED | 11/4/2019 9:17 AM
CC-50-2019-C-163
Wayne County Circuit Clerk
Regina Hill

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ronald J. Kuhns*   ☐ Agent<br>   ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |

19-C-163

1. Article Addressed to:

WV SECRETARY OF STATE
BUILDING 1, SUITE 157-K
1900 KANAWHA BLVD. E
CHARLESTON, WV  25305-0770

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

9590 9402 4947 9063 8820 88

2. Article Number (Transfer from service label)

7018 2290 0001 7012 5704

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



West Virginia E-Filing Notice

CC-50-2019-C-163

Judge: James Young

**To:**  Jeremy Matthew McGraw
jmcgraw@bordaslaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA

Betty Meadows v. Columbia Gas Transmission, LLC

CC-50-2019-C-163

The following supporting documents was FILED on 11/4/2019 9:17:24 AM

Notice Date:     11/4/2019 9:17:24 AM

Regina Hill

CLERK OF THE CIRCUIT

Wayne

PO Box 38

WAYNE, WV 25570

(304) 272-6359

regina.hill@courtswv.gov

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

E-FILED | 11/12/2019 2:34 PM
CC-50-2019-C-163
Wayne County Circuit Clerk
Regina Hill



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

WAYNE COUNTY CIRCUIT COURT
PO BOX 38
Wayne, WV 25570-0038

**Control Number:** 247828

**Defendant:** COLUMBIA GAS TRANSMISSION
LLC
209 West Washington Street
Charleston, WV 25302 US

**Agent:** Corporation Service Company

**County:** Wayne

**Civil Action:** 19-C-163

**Certified Number:** 92148901125134100002608481

**Service Date:** 11/5/2019

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted
service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of
process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document
directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

# SUMMONS



E-FILED | 10/28/2019 3:31 PM
CC-50-2019-C-163
Wayne County Circuit Clerk
Regina Hill

---

## IN THE CIRCUIT OF WAYNE WEST VIRGINIA
### Betty Meadows v. Columbia Gas Transmission, LLC

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:   Columbia Gas Transmission, LLC, 209 W. Washington Street, Charleston, WV 25302

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Jeremy McGraw, 1358 National Rd, Wheeling, WV 26003

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

SERVICE:

10/28/2019 3:31:37 PM                    /s/ Regina Hill
_____          _____
Date                                            Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on  _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

☐ Not Found in Bailiwick

_____                    _____
Date                                            Server's Signature

SECRETARY OF STATE
STATE OF WEST VIRGINIA
2019 NOV -5  P 4: 32
ACCEPTED FOR
SERVICE OF PROCESS

OCT 3 0 2019



West Virginia E-Filing Notice

CC-50-2019-C-163

Judge: James Young

**To:**   Jeremy Matthew McGraw
jmcgraw@bordaslaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA
Betty Meadows v. Columbia Gas Transmission, LLC
CC-50-2019-C-163

The following supporting documents was FILED on 11/12/2019 2:34:21 PM

Notice Date:      11/12/2019 2:34:21 PM

Regina Hill
CLERK OF THE CIRCUIT
Wayne
PO Box 38
WAYNE, WV 25570

(304) 272-6359
regina.hill@courtswv.gov

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

E-FILED | 11/18/2019 1:51 PM
CC-50-2019-C-163
Wayne County Circuit Clerk
Regina Hill



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

WAYNE COUNTY CIRCUIT COURT
PO BOX 38
Wayne, WV 25570-0038

**Control Number:** 247708

**Defendant:** TRANSCANADA POWER CORP
111-5GH AVENUE SW
CALGARY, ALBERTA, CANADA, T2P
3Y6, ** 00000 CA

**County:** Wayne

**Civil Action:** 19-C-163

**Certified Number:** RE201717328US

**Service Date:** 11/6/2019

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted
service of process in the name and on behalf of your unauthorized foreign corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of
process in the name and on behalf of your unauthorized foreign corporation as your attorney-in-fact. Please address any
questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the
Secretary of State's office**.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

# SUMMONS

E-FILED | 10/28/2019 2:43 PM
CC-50-2019-C-156
Wayne County Circuit Clerk
Regina Hill

## IN THE CIRCUIT OF WAYNE WEST VIRGINIA

### Rexford D. Castle v. Columbia Gas Transmission, LLC

Service Type:   Secretary of State - Certified - Other Country - Including Copy
Fee

NOTICE TO:   Transcanada Power Corp., 111-5GH Ave S.W. Calgary Alberta  T2P 3Y6 Canada

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Jeremy McGraw, 1358 National Rd, Wheeling, WV 26003

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 10/28/2019 2:43:32 PM | /s/ Regina Hill |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

ACCEPTED FOR
SERVICE OF PROCESS
2019 NOV -6  A 10: 51
SECRETARY OF STATE
STATE OF WEST VIRGINIA

 West Virginia E-Filing Notice

CC-50-2019-C-163

Judge: James Young

**To:** Jeremy Matthew McGraw
jmcgraw@bordaslaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA
Betty Meadows v. Columbia Gas Transmission, LLC
CC-50-2019-C-163

The following supporting documents was FILED on 11/18/2019 1:51:34 PM

Notice Date:    11/18/2019 1:51:34 PM

Regina Hill
CLERK OF THE CIRCUIT
Wayne
PO Box 38
WAYNE, WV 25570

(304) 272-6359
regina.hill@courtswv.gov

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

E-FILED | 11/18/2019 1:52 PM
CC-50-2019-C-163
Wayne County Circuit Clerk
Regina Hill



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

WAYNE COUNTY CIRCUIT COURT
PO BOX 38
Wayne, WV 25570-0038

**Control Number:** 247709

**Defendant:** TRANSCANADA POWER CORP
111-5GH AVENUE SW
CALGARY, ALBERTA, CANADA, T2P
3Y6, ** 00000 CA

**County:** Wayne

**Civil Action:** 19-C-163

**Certified Number:** RE201717328US

**Service Date:** 11/6/2019

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your unauthorized foreign corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your unauthorized foreign corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

# SUMMONS



E-FILED | 10/28/2019 3:31 PM
CC-50-2019-C-163
Wayne County Circuit Clerk
Regina Hill

## IN THE CIRCUIT OF WAYNE WEST VIRGINIA
### Betty Meadows v. Columbia Gas Transmission, LLC

Service Type:    Secretary of State - Certified - Other Country - Including Copy
Fee

NOTICE TO:    Transcanada Power Corp., 111-5GH Ave S.W. Calgary Alberta  T2P 3Y6 Canada

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Jeremy McGraw, 1358 National Rd, Wheeling, WV 26003

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

SERVICE:

10/28/2019 3:31:37 PM      /s/ Regina Hill
_____      _____
Date                         Clerk

---

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on    _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to    _____

_____

☐ Not Found in Bailiwick

_____      _____
Date                     Server's Signature

ACCEPTED FOR SERVICE OF PROCESS
2019 NOV -6  A 10: 50
SECRETARY OF STATE
STATE OF WEST VIRGINIA

 West Virginia E-Filing Notice

CC-50-2019-C-163

Judge: James Young

**To:** Jeremy Matthew McGraw
jmcgraw@bordaslaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA
Betty Meadows v. Columbia Gas Transmission, LLC
CC-50-2019-C-163

The following supporting documents was FILED on 11/18/2019 1:52:55 PM

Notice Date:      11/18/2019 1:52:55 PM

Regina Hill
CLERK OF THE CIRCUIT
Wayne
PO Box 38
WAYNE, WV 25570

(304) 272-6359
regina.hill@courtswv.gov